# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPLOYEE #1,<br>      Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF BEHAVIORAL HEALTH, *et al.*<br>      Defendants. | Civil Action No. 23-2553 (CKK) |

**ORDER**
(November 14, 2023)

The Amended Complaint in this case was filed on October 8, 2023. Defendants Department of Behavioral Health and Barbara Bazron were served on October 16, 2023. *See* ECF No. 12. Defendant Disabilities Rights DC was served on October 17, 2023. *See* ECF No. 13. Defendants St. Elizabeth's Hospital, Phillip Candilis, Jason Carlock, Mark J. Chastang, Richard Gontang, Kris A. McLouglin, Estes Rogers, K. Sing Taneja, and Gregory Wilson were served on October 18, 2023. *See* ECF No. 14.

No response to the Complaint has been filed for any of these Defendants. Plaintiff has also not taken any additional measures to prosecute this case. Therefore, it is this 14th day of November, 2023, hereby **ORDERED** that by **December 14, 2023**, Plaintiff shall take appropriate action to prosecute these claims or the Court will dismiss the case as against the aforementioned Defendants without prejudice for want of prosecution.

The Court notes that Defendant University Legal Services, Inc. filed a [15] Motion for Extension of Time to Respond to the [2] Amended Complaint, which the Court granted, *see* Minute Order, Nov. 6, 2023; Defendant University Legal Services, Inc.'s response is due by November 28, 2023.

    **SO ORDERED**.

*The Clerk of Court is hereby instructed to send a copy of this Order to Plaintiff's address of record.*

                                                       /s/
                                         COLLEEN KOLLAR-KOTELLY
                                         United States District Judge