UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMPLOYEE #1,<br><br>    *Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF BEHAVIORAL HEALTH, *et al.*,<br><br>    *Defendants.* | No. 23-cv-2553 (DLF) |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that the defendants' Motions to Dismiss, Dkts 41, 44, 54 are GRANTED; it is further

**ORDERED** that Counts II, IV, V, VI, and VII are DISMISSED WITH PREJUDICE. Counts I, III, and VIII are DISMISSED WITHOUT PREJUDICE; it is further

**ORDERED** that the plaintiff may file, on or before November 1, 2024, an amended complaint that states a claim as to Counts I, III, and VIII under the Federal Rules of Civil Procedure.  If the plaintiff fails to file an amended complaint by November 1, 2024, the Court will direct the Clerk of Court to close this case.

The Clerk of the Court shall mail a copy of this Order to the plaintiff's address of record.

                                                                                                   DABNEY L. FRIEDRICH

September 29, 2024                                                    United States District Judge